LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
GREAT BRIGHT SHIPPING, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GREAT BRIGHT SHIPPING, LTD.,

                        Plaintiff,

   - against -                               <u>ECF CASE</u>

                                                07 Civ. 6401

MEDMAR, INC., also doing business as MEDMAR     **RULE 7.1**
LINES, INC.,                                               **DISCLOSURE STATEMENT**

                        Defendant.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff, GREAT BRIGHT SHIPPING, LTD., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of Plaintiff which are otherwise publicly held in the United States.

       Dated: New York, New York
              July 13, 2007

                                                    LYONS & FLOOD, LLP
                                                    Attorneys for Plaintiff
                                                    GREAT BRIGHT SHIPPING, LTD.

                                By:   _/s/ Kirk M. Lyons_____
                                             Kirk M. Lyons (KL-1568)
                                             65 West 36th Street, 7th Floor
                                             New York, New York 10018
                                             (212) 594-2400

U:\kmhldocs\2579005\Pleadings\Rule 7.1.doc