UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREAT BRIGHT SHIPPING, LTD.,

                Plaintiff,

- against -

MEDMAR, INC., also doing business as MEDMAR
LINES, INC.,

                Defendant.
------------------------------------------------------------------X

**ECF CASE**

07 Civ

**ORDER APPOINTING
PERSON TO SERVE
PROCESS**

    Upon motion of Plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, or an employee of Lyons & Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18 years of age, is not a party to or an attorney in this action, and that the expediting of the service of process will result from such appointment,

    IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate or an employee of Lyons & Flood, LLP, be and is hereby appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action.

Dated: New York, New York
        July 13, 2007

                                    SO ORDERED:

                                    _____
                                    U.S.D.J.