Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962-1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619 -1919

Attorneys for
ANGLO OVERSEAS LIMITED
Party Claiming an Interest in Attachment

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

**GREAT BRIGHT SHIPPING, LTD.,**                                    **ECF CASE**

                                             **Plaintiff,**

                                                                   **07 Civ. 6401 (AKH)**

                       **-against-**

                                                                   **NOTICE OF RESTRICTED**
                                                                   **APPEARANCE PURSUANT**
**MEDMAR, INC., also doing business as**                            **TO SUPPLEMENTAL**
**MEDMAR LINES, INC.,**                                             **ADMIRALTY RULE E (8)**

                                             **Defendant.**
--------------------------------------------------------x


        PLEASE TAKE NOTICE that ANGLO OVERSEAS LIMITED, hereby appears in this

action by its attorneys, Richard A. Zimmerman and Patrick C. Crilley, *of counsel,* as an

interested party in the writ of attachment issued in this action in accordance with Rule E (4) of

the Supplemental Rules for Admiralty or Maritime Claims.  Pursuant to Rule E (8) of said

Supplemental Rules, this appearance is expressly restricted to the defense of the claims stated in

the Complaint and ANGLO OVERSEAS LIMITED's interest in funds restrained by the Writ of

Attachment issuing in this action, and is not an appearance for the purposes of any other claim.

The undersigned does hereby certify that both he and Richard A. Zimmerman are

admitted to practice in this Court.


Dated:  New York, New York
        October 18, 2007


                                        /s/ Patrick C. Crilley
                                       Patrick C. Crilley (PC 9057)
                                       Of Counsel to
                                       Richard A. Zimmerman (RZ 0963)
                                       Attorney for Plaintiff
                                       233 Broadway – Suite 2202
                                       New York, NY 10279
                                       (212) 619-1919