AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

## APPEARANCE

Case Number:  07 Civ. 6401 (AKH)

To the Clerk of this court and all parties of record:

　　　Enter my appearance as counsel in this case for

　　　Plaintiff Great Bright Shipping, Ltd.

　　　I certify that I am admitted to practice in this court.

| 1/2/2008 | | |
|---|---|---|
| Date | Signature | |
| | Jon Werner | JW-5000 |
| | Print Name | Bar Number |
| | 65 West 36th Street, 7th Floor | |
| | Address | |
| | New York　　　　NY　　　　10018 | |
| | City　　　　State　　　　Zip Code | |
| | (212) 594-2400　　　(212) 594-4589 | |
| | Phone Number　　　　Fax Number | |