Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962-1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619 -1919

Attorneys for
MEDMAR INC.
Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | |
|---|---|
| **GREAT BRIGHT SHIPPING, LTD.,** | ECF CASE |
| Plaintiff, | |
| -against- | 07 Civ. 6401 (AKH) |
| **MEDMAR, INC., also doing business as** **MEDMAR LINES, INC.,** | NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE E (8) |
| Defendant. | |

-------------------------------------------------------x

PLEASE TAKE NOTICE that MEDMAR INC., hereby appears in this action by its attorneys, Richard A. Zimmerman and Patrick C. Crilley, *of counsel*. Pursuant to Rule E (8) of said Supplemental Rules, this appearance is expressly restricted to the defense of the claims stated in the Complaint and MEDMAR INC.'s interest in funds restrained by the Writ of Attachment issuing in this action, and is not an appearance for the purposes of any other claim.

The undersigned does hereby certify that both he and Richard A. Zimmerman are admitted to practice in this Court.

Dated: New York, New York
January 10, 2008

        /s/ Patrick C. Crilley
Patrick C. Crilley (PC 9057)
Of Counsel to
Richard A. Zimmerman (RZ 0963)
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
(212) 619-1919