```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED:  3/3/08         │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GREAT BRIGHT SHIPPING LTD**,
                      **Plaintiff,**

        -V-

Case No. 07-CV-06401 (RJS)
ORDER
ECF

**MEDMAR, INC. ET AL**
                      **Defendants.**

RICHARD J. SULLIVAN, District Judge:

It is hereby ORDERED, that this case be transferred to the Suspense

Docket of this Court with leave for either party to apply on five (5) days's notice for its

restoration to the active calendar of this Court.

SO ORDERED.
DATED:
New York, New York
**March 3**, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE